FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **National Security Agency**
was received by me on *(date)* 02/07/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the National Security Agency by sending a copy of the summons and complaint via USPS certified mail on Feb. 7, 2023. Please see the attached USPS receipt, showing the delivery address, and the delivery confirmation, showing that the summons and complaint were delivered on Feb. 10, 2023.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 02/28/2023

*Server's signature* (signed) Aena Khan

Aena Khan, Paralegal, ACLU Foundation
*Printed name and title*

125 Broad Street, Floor 18, New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $ 4.15 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 1.26 |
| Total Postage and Fees | $ 9.24 |

Postmark Here: WALL STREET RETAIL UNIT, FEB 07 2023, NEW YORK, NY 10005-9992

Sent To: National Security Agency, General Counsel
Street and Apt. No., or PO Box No.: 9800 Savage Road
City, State, ZIP+4®: Fort Meade, MD 20755-6000

7017 1000 0000 5355 1935

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70171000000053571935

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent for final delivery in FORT GEORGE G MEADE, MD 20755 on February 10, 2023 at 7:06 am.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent for Final Delivery**
FORT GEORGE G MEADE, MD 20755
February 10, 2023, 7:06 am

**Notice Left (No Authorized Recipient Available)**
FORT GEORGE G MEADE, MD 20755
February 9, 2023, 9:33 am

**Out for Delivery**
FORT GEORGE G MEADE, MD 20755
February 9, 2023, 8:48 am

**Arrived at Post Office**
FORT GEORGE G MEADE, MD 20755
February 9, 2023, 8:37 am

**Departed USPS Regional Facility**
SOUTHERN MD DISTRIBUTION CENTER
February 9, 2023, 6:19 am

**Arrived at USPS Regional Facility**

Feedback

SOUTHERN MD DISTRIBUTION CENTER
February 8, 2023, 5:45 pm

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
February 7, 2023, 10:05 pm

**Hide Tracking History**

---

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]