FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Central Intelligence Agency
was received by me on *(date)*   02/07/2023  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Central Intelligence Agency by sending a copy of the summons and complaint via USPS certified mail on Feb. 7, 2023. Please see the attached USPS receipt, showing the delivery address, and the delivery confirmation, showing that the summons and complaint were delivered on Feb. 13, 2023.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date:   02/28/2023

*Server's signature*: Aena Khan

Aena Khan, Paralegal, ACLU Foundation
*Printed name and title*

125 Broad Street, Floor 18, New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

**Certified Mail Fee**
$

**Extra Services & Fees** (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)   $
- ☐ Return Receipt (electronic)   $ 3.35
- ☐ Certified Mail Restricted Delivery   $
- ☐ Adult Signature Required   $
- ☐ Adult Signature Restricted Delivery   $

**Postage**
$ 1.26

**Total Postage and Fees**
$

Postmark Here — WALL STREET RETAIL UNIT, FEB 07 2023, NEW YORK, NY

**Sent To** C.I.A., Litigation Division

**Street and Apt. No., or PO Box No.**

**City, State, ZIP+4®** Washington, D.C. 20505

Tracking: 7017 1000 0000 5357 1928

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

# 70171000000053571928

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 6:33 am on February 13, 2023 in WASHINGTON, DC 20505.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20505
February 13, 2023, 6:33 am

**Available for Pickup**
WASHINGTON, DC 20505
February 12, 2023, 8:53 am

**Arrived at Hub**
WASHINGTON, DC 20018
February 12, 2023, 8:32 am

**In Transit to Next Facility**
February 11, 2023

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
February 7, 2023, 10:05 pm

- Hide Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs