

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 11, 2023

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:    *American Civil Liberties Union, et al. v. National Security Agency, et al.*,
            23 Civ. 907 (LJL)

Dear Judge Liman:

      This Office represents the defendant agencies in this Freedom of Information Act (FOIA) case. I write respectfully to propose, with plaintiffs' consent, a scheduling modification, and to provide a more general update. We also respectfully propose to provide a further status update in one month, or by August 14, 2023.

      As noted in previous letters, the government initially identified two opinions of the Foreign Intelligence Surveillance Court (FISC) responsive to plaintiffs' request. In May, these two opinions were released to the public, with redactions, through a separate non-FOIA process overseen by the Office of the Director of National Intelligence (ODNI). The government is currently working to provide plaintiffs by July 12 with versions of these opinions that include FOIA exemption markings.

      While processing was underway, the government also identified a third opinion responsive to plaintiffs' request. Previously, the government informed the Court and the parties that it would endeavor to process the third opinion by July 12, 2023, *see* ECF No. 30, the processing date already set for the two FISC opinions identified previously, *see* ECF No. 29. However, due to resource constraints from processing these and other FOIA matters—both at ODNI and at other agencies with equities in the opinion, who must be consulted—the government will be unable to complete processing this third opinion by July 12. Instead, ODNI now anticipates that the third opinion will be fully processed by August 23.

      Separately, when plaintiffs reviewed the two opinions that were already released, they identified a fourth document—a September 2, 2021 FISC order mentioned in one of the opinions—that they believe is responsive. The government has agreed to treat this order as responsive. The government expects that a version will be publicly available for release by the end of July through ODNI's transparency process. Applying FOIA markings will take some additional time.

      Finally, the parties are conferring about the scope of plaintiffs' request and whether any additional searches or processing may be appropriate.

Honorable Lewis J. Liman  Page 2
July 11, 2023

      We respectfully propose that the parties provide the Court with a written status update in one month, or by August 14, 2023.

      We thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

                                        By: _/s/ Peter Aronoff_
                                        PETER ARONOFF
                                        Assistant United States Attorney
                                        Telephone: (212) 637-2697
                                        Facsimile: (212) 637-2717
                                        E-mail: peter.aronoff@usdoj.gov

                                        _Counsel for Defendants_

cc: Counsel for Plaintiffs (via ECF)