

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 11, 2023

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:    *American Civil Liberties Union, et al. v. National Security Agency, et al.*,
             23 Civ. 907 (AS)

Dear Judge Subramanian:

      This Office represents the defendant agencies in this Freedom of Information Act (FOIA) case. I write respectfully to provide a status update, as directed by the Court's July 11, 2023 Order, ECF No. 33.

      As noted in previous letters, the government previously identified a total of four records that it has agreed to treat as responsive to plaintiffs' request. The parties have now agreed on a set of search criteria that will satisfy Plaintiffs' request as to search scope. The parties will address adequacy questions related to the execution of the search, if any, once the search is completed using the agreed-upon criteria.

      DOJ's National Security Division has conducted a preliminary search using these agreed criteria and has located three potentially responsive records. Other agencies are now working to confirm that no additional records exist. The parties are conferring about a timeline for processing these three records.

      We respectfully propose that the parties provide the Court with a written status update in one month, or by September 14, 2023.

Honorable Arun Subramanian  Page 2
August 11, 2023

    We thank the Court for its attention to this matter.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney for the
                                  Southern District of New York

                                  By: <u>*/s/ Peter Aronoff*</u>
                                  PETER ARONOFF
                                  Assistant United States Attorney
                                  Telephone: (212) 637-2697
                                  Facsimile: (212) 637-2717
                                  E-mail: peter.aronoff@usdoj.gov

                                  *Counsel for Defendants*

cc: Counsel for Plaintiffs (via ECF)